Myers v Karaszewski (2023 NY Slip Op 04847)

Myers v Karaszewski

2023 NY Slip Op 04847

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., MONTOUR, OGDEN, AND DELCONTE, JJ.

610 CA 22-01798

[*1]SANDRA MYERS AND DAVID MYERS, PLAINTIFFS-RESPONDENTS,
v
BRIAN KARASZEWSKI, M.D., INVISION HEALTH, LLC, DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

HURWITZ FINE P.C., BUFFALO (STEPHEN M. SORRELS OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
FARACI LANGE, LLP, BUFFALO (JENNIFER L. FAY OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered March 30, 2022. The order, among other things, precluded defendants Brian Karaszewski, M.D. and Invision Health, LLC from asserting their cross-claims and CPLR article 16 defense against certain defendants. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court